**RECEIVED**
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7/12/11
/pp/

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| AMADOU JALLOW | CIVIL ACTION NO. 2:11-cv-00506 |
| VS. | JUDGE TRIMBLE |
| JANET NAPOLITANO, ET AL. | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the motion to dismiss ( R. #8) is hereby **GRANTED** and the petition for writ of habeas corpus be **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED** in chambers, in Lake Charles, Louisiana, on this 12th day of July, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE